UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| CHRISTOPHER SEAMAN | CIVIL ACTION NO. 22-cv-874 |
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| HERSHEY CO | MAGISTRATE JUDGE HORNSBY |

**MEMORANDUM ORDER**

Christopher Seaman filed this civil action against the Hershey Company based on an assertion of diversity jurisdiction, which puts the burden on Mr. Seaman to allege specific facts that demonstrate complete diversity of citizenship and an amount in controversy in excess of $75,000. The complaint appears to do that except that it alleges that Plaintiff was a "resident" of Louisiana during the relevant time. It is domicile rather than mere residency that decides citizenship for diversity purposes, and "an allegation of residency alone 'does not satisfy the requirement of an allegation of citizenship.'" Midcap Media Finance, LLC v. Pathway Data, Inc., 929 F.3d 310, 313 (5th Cir. 2019), quoting Strain v. Harrelson Rubber Co., 742 F.2d 888, 889 (5th Cir. 1984). Mr. Seaman completed a civil cover sheet in which he checked a box to indicate that he is a "Citizen of This State," so the court will treat his submissions as alleging that he is domiciled in Louisiana and thus a citizen of Louisiana. Based on that understanding, the court finds that subject matter jurisdiction exists pursuant to 28 U.S.C. § 1332. This finding is preliminary and may be reconsidered sua sponte or on appropriate motion.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 4th day of April, 2022.



Mark L. Hornsby
U.S. Magistrate Judge